AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

2018 NOV -1 PM 4:26

| | |
|---|---|
| United States of America<br>v.<br>Thomas Close<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. **1:18 MJ 2257** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/1/2011 through 11/1/2018__ in the county of __Richland__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) & (e) | Knowingly attempt to use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the depiction was produced or transmitted using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |
| 18 U.S.C. 2252A(a)(2) | Knowingly received any child pornography that has been mailed, shipped or transported using any means or facility of interstate or foreign commerce or affected interstate or foreign commerce by any means, including by computer |

This criminal complaint is based on these facts:
See the attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Benjamin Shaw
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/1/2018

_____
*Judge's signature*

City and state: Cleveland, Ohio

U.S. Magistrate Judge David A. Ruiz
*Printed name and title*