IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18MJ2257 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | DAVID A. RUIZ |
| | ) | |
| THOMAS CLOSE, | ) | **WAIVER OF DETENTION HEARING** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| | ) | |

Thomas Close, the above named defendant, accused of having violated Title 18 U.S.C. 2251(a) & (e); Title 18 U.S.C. 2252A(a)(2), advised of the nature of the charge and of his/her rights in open court, and under advice of counsel, waives his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

**IT IS SO ORDERED.**

s/David A. Ruiz
David A. Ruiz
United States Magistrate Judge

Dated: November 1, 2018